IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AS SUBROGEE OF VICTORIA BROWN,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>DEFENDANT. | Civil Action No. 4:23-CV-270<br><br>APPEARING ON BEHALF OF:<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AS SUBROGEE OF VICTORIA BROWN |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, Petitioner's request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

This __3rd__ day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Ronald W. Parnell

Firm/Business Name: Law Office of Ronald W. Parnell, PC

Business Address: 1630 Old Salem Rd. SE

City State Zip: Conyers GA 30013

Mailing Address (if other than street address) P. O. Box 81085

City State Zip: Conyers GA 30013

Telephone Number (w/ area code): 770-929-8888

Georgia Bar Number: 564450

Email Address: RWP@RWPSubro.com