IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of VICTORIA BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO.: 4:23-cv-270 |

**O R D E R**

Before the Court is a "Consent Motion for Voluntary Dismissal With Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendant, in which the parties "move to voluntarily dismiss, with prejudice, this matter against Defendant." (Doc. 32.) Defendant has not filed an answer or a motion for summary judgment. Accordingly, pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 27th day of February, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA